UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Matthew Chapman
Plaintiff,

v. Case No.: 1:18−cv−04269
Honorable John J. Tharp Jr.

Office of Management and Budget
Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 17, 2018:

MINUTE entry before the Honorable John J. Tharp, Jr:Status hearing held and continued to 2/21/19 at 9:00 a.m. to set a possible expert discovery schedule. Defendant did not appear for today's hearing. This case is under the MIDP pilot program. Once the parties have complied with MIDP, formal discovery may be served. Fact discovery cut−off set on 2/22/19. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.