# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MATTHEW CHAPMAN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 18-CV-4269 |
| OFFICE OF MANAGEMENT AND BUDGET, | ) ) ) | Judge Hon. John J. Tharp |
| | ) | Magistrate Hon. Jeffrey T. Gilbert |
| Defendant. . | ) ) ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, December 6, 2018, at 9:00 a.m., or as soon thereafter as counsel may be heard, I will appear before Judge Tharp in the courtroom usually occupied by him in the Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present PLAINTIFF'S MOTION TO COMPEL MANDATORY INITIAL DISCOVERY PILOT PROJECT (MIDPP) DISCLOSURES, at which time and place you may appear if you see fit.

Respectfully submitted,

__/s/ *Daniel Massoglia*_____
Daniel Massoglia
One of Plaintiff's Attorneys

Daniel E. Massoglia
Daniel E. Massoglia, Esq.
Illinois Bar No. 6317393
2865 W. Lyndale St.
# 1
Chicago, IL 60647
dmassoglia@gmail.com

2

(336) 575-6968

Mariana Karampelas
MK Law, LLC
Illinois Bar No. 6306288
180 W. Washington St.
Suite 700
Chicago, IL 60602
mk@mklawchicago.com
(312) 545-8660

*Attorneys for Plaintiff*

2