**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| MATTHEW CHAPMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 18-CV-4269 |
| | ) | |
| OFFICE OF MANAGEMENT AND | ) | Hon. Judge John Tharp, Jr. |
| BUDGET, | ) | |
| | ) | |
| Defendant. | ) | |
| . | ) | |

## JOINT STATUS REPORT

Plaintiff MATTHEW CHAPMAN and Defendant OFFICE OF MANAGEMENT AND BUDGET, by and through their undersigned attorneys, and pursuant to the Northern District of Illinois' Third Amended General Order 20-0012 and this Court's May 26, 2020 Minute Order, respectfully submit this Joint Status Report.

## I.     PROGRESS OF DISCOVERY

**Some written discovery was conducted in late 2018 and early 2019, and was paused when the Court granted Defendant leave to file a Motion for Summary Judgment in a March 28, 2019 Order.  The parties have reached an agreement regarding production pursuant to plaintiff's FOIA request.**

## II.     PENDING MOTIONS

A.     Briefly describe all pending motions, including the date the motion was filed and the briefing schedule, if any. Have any of the pending motions been mooted? Do any of the pending motions no longer require a ruling for any other reason?

**There are no pending Motions; the parties have been negotiating settlement since April 2019.**

1

B.      Indicate any previously set deadlines:

**Pursuant to this Court's Order dated March 28, 2019, Defendant was granted leave to file a Motion for Summary Judgment by April 25, 2019, and by agreement of the parties, this deadline and all others were stayed by the Court's April 24, 2019 Order to allow the parties time to work towards settling the matter.**

## III.    SETTLEMENT EFFORTS

A.      Have any settlement discussions taken place? If so, what is the status?

**The parties have worked extensively and diligently on settlement. A few issues remain related to the parties' respective rights and obligations (though the scope of eventual production is agreed) and attorney's fees and costs. The agreement will provide for the filing of a stipulated dismissal with prejudice of the cause following the final adjudication of Plaintiff's attorney's fees and costs via fee petition (if the parties are unable to agree on an amount for fees and costs in settlement negotiations).**

B.      Whether the parties request a settlement conference:

**The parties do not request a conference at this time.**

C.      Whether the parties are interested in pursuing arbitration or mediation:

**The parties are not interested in arbitration or mediation at this time.**

## IV.    AGREED PROPOSED SCHEDULE

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| **Plaintiffs' Petition for Attorney's Fees and Costs** | **None** | **Following conclusion of production, if no agreement** |
| **Defendant's Response to Plaintiff's Petition for Attorney's Fees and Costs** | **None** | _____ |
| **Plaintiff's Reply on his Petition For Attorney's Fees and Costs** | **None** | _____ |

2

**V.      AGREED REVISED SCHEDULE**

The parties agree that Plaintiff is granted leave to file a Petition for Attorney's Fees and Costs subject to the deadlines in Part IV above if the parties are unable to agree on an amount in settlement negotiations.

**VI.      AGREED ACTION BY COURT WITHOUT HEARING**

The parties request that the Court enter the parties' proposed briefing schedule outlined in Part IV for Plaintiff's Petition for Attorney's Fees and Costs if and when the parties are unable to agree on this issue. The parties will inform the Courtroom deputy when an agreement or impasse is reached.

**VII.      TELEPHONIC CONFERENCE WITH JUDGE**

The parties **do not** believe a telephonic hearing with the judge is necessary and time urgent.

Respectfully Submitted,                       Respectfully Submitted,

                                              JOHN R. LAUSCH, Jr.
                                              United States Attorney

By:  /s/ *Daniel Massoglia*                   By:  *s/Jimmy L. Arce*
     Daniel Massoglia (ARDC #6317393)              JIMMY ARCE
     2863 W. Dickens Avenue, #2F                   Assistant United States Attorney
     Chicago, IL  60647                            219 South Dearborn Street
     P: 336-575-6968                               Chicago, Illinois 60604
     dmassoglia@gmail.com                          (312) 353-8449
     *ONE OF PLAINTIFF'S ATTORNEYS*                jimmy.arce@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Daniel Massoglia, an attorney, hereby certify that on **June 1, 2020**, I electronically filed the foregoing **Joint Status Report** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record in this case.

/s/ *Daniel E. Massoglia*
Daniel Massoglia (ARDC #6317393)
2863 W. Dickens Avenue, #2F
Chicago, IL  60647
P: 336-575-6968
dmassoglia@gmail.com

4